# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **NIGEL E. JACKSON,** *on behalf of himself and all similarly situated individuals*, <br><br>         Plaintiff, <br><br>v. <br><br>**GENUINE DATA SERVICES, LLC,** <br><br>         Defendant. | ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00211-DJN ) ) ) ) ) ) |

### DEFENDANT GENUINE DATA SERVICES, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT UNDER RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(b)(3) FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER

Defendant, Genuine Data Services, LLC ("GDS"), by counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(2), and 12(b)(3) and 28 U.S.C. §§ 1404(a), 1406(a), submits this Motion to Dismiss the Amended Complaint Under Rule 12(b)(2) for Lack of Personal Jurisdiction and Rule 12(b)(3) for Improper Venue or, in the Alternative, to Transfer. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE Defendant GDS respectfully requests that the Court enter an order: (1) dismissing Plaintiff's claims for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2); (2) dismissing Plaintiff's claims for improper venue under Federal Rule of Civil Procedure 12(b)(3); or, alternatively, (3) transferring this case to the U.S. District Court for the Northern District of Texas.

Dated: August 13, 2021  Respectfully submitted,

**GENUINE DATA SERVICES, LLC**

By: */s/ H. Scott Kelly*
H. Scott Kelly, Esq.
Virginia State Bar No. 80546
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutman.com

Cindy D. Hanson, Esq.
(*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
cindy.hanson@troutman.com

Leah A. Tedford, Esq.
Virginia State Bar No. 88964
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4919
Facsimile: (215) 981-4750
leah.tedford@troutman.com

*Counsel for Defendant Genuine Data Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ H. Scott Kelly*
H. Scott Kelly, Esq.
Virginia State Bar No. 80546
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutman.com

*Counsel for Defendant Genuine Data Services, LLC*

118534052